JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raul Uriarte-Limon**, <br><br>  Plaintiff, <br><br> v. <br><br> **Albert Castro,** in individual and representative capacity as trustee of the Albert Castro Trust, U/A dated 10/10/2018; <br> **Yeni Palacios**; and Does 1-10, <br><br>  Defendants. | Case: 2:19-cv-04691-SVW-SS <br><br> Judgment |

Following court trial, JUDGMENT is entered in favor of plaintiff Raul Uriarte-Limon, and against Defendants Albert Castro and Yeni Palacios in the amount of $4,000 for statutory damages under the California Unruh Act Civil Rights Act that arise from this action.

Per Plaintiff's ADA claims, Defendants shall make the following changes or modifications, to the extent not already completed, in compliance with the 2010 Americans with Disabilities Act Standards for Accessible Design at the business presently located at or about 699 West Mission Blvd., Pomona, California:

1. Provide a marked and accessible entrance in compliance with relevant 2010 ADA Standards for Accessible Design.
2. Provide an accessible sales counter in compliance with relevant 2010 ADA Standards for Accessible Design.
3. Keep and maintain these features in compliance with the ADA.

Plaintiff is a prevailing party and entitled to recovery of attorney's fees against Defendants Albert Castro and Yeni Palacios, as allowable by the Unruh Civil Rights Act and ADA, which shall be determined by noticed motion to the Court filed no later than 30 days from entry of judgment.

Dated: September 23, 2020   By: _____
Hon. Stephen V. Wilson
United States District Judge

*Presented by*:
Christopher A. Seabock, Esq.
(858) 375-7385
ChrisS@PotterHandy.com
Attorney for Plaintiff